AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**NATIONWIDE MUTUAL**
**INSURANCE COMPANY,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO.  C2-08-1148**
**B. DIANE TAMARIZ-WALLACE, et al.,**   **JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

       **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the Order filed June 19, 2009, JUDGMENT is hereby entered DISMISSING this case.**


Date: June 19, 2009                            JAMES BONINI, CLERK


                                             */S/ Andy F. Quisumbing*
                                             (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk