**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY | * | |
| | * | Case No. **1:09-cv-01867-JFM** |
| Plaintiff | | |
| | * | Judge J. Frederick Motz |
| v. | | |
| | * | |
| B. DIANE TAMARIZ-WALLACE, et al. | | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ELECTRONICALLY STORED INFORMATION CONFERENCE REPORT

The parties, through their counsel, conducted an ESI conference on August 27, 2009. Accordingly, the parties make the following report. Disclosure discovery of electronically stored information should be handled as follows:

The parties have agreed that a preliminary production of responsive ESI will be produced by the producing party given that parties' own preliminary searches and review of its own sources of electronically stored information, including computers and servers for that party's responsive electronically stored information. The parties agreed that static imaged electronic copies (as opposed to native copies) are appropriate for the initial production. The Parties agreed that additional productions may occur in native format, and will take appropriate steps to preserve the integrity of the native copies of the files as of the time of the institution of the ESI litigation hold. Additionally, the parties agree that they will create an appropriate privileged log for any such ESI which is deemed privileged which states the approximate size of the privileged documents, as well as the privilege claimed and an appropriate description of the location of the privileged document on the party's computer system. The parties have not agreed about when and if privileged logs will be produced to the opposing party. The parties have not specifically negotiated any "clawback" agreement or "quick peak" agreement or any further testing or sampling of the ESI at this time. However, the parties do agree that native copy ESI will be maintained by the producing party and may be made available to the requesting party after an appropriate supplemental request from the requesting party.

The parties anticipate moving forward within initial requests and production within the next one and one half to two months.  The parties also discussed and have agreed that, where appropriate, paper copies of ESI may be made available to the extent the requesting party agrees to the production of paper copies of ESI as opposed to electronic copies.

                                           Respectfully submitted,


September 11, 2009                         /s/
Date                                       Michael P. Darrow
                                             Federal Bar No. 02891
      Brian D. Lyman, Esquire
      Federal Bar No. 27360
      HILLMAN, BROWN & DARROW, P.A.
      221 Duke of Gloucester Street
      Annapolis, Maryland  21401
      Telephone: #410-263-3131/410-269-5555
      Fax:  #410-269-7912
      bdl@hbdlaw.com
      Counsel for Defendants


September 11, 2009                         /s/
Date                                       Quintin F. Lindsmith, PHV
      James P. Schuck, PHV
      BRICKER & ECKLER, LLP
      100 South Third Street
      Columbus, Ohio 43215
      qlindsmith@bricker.com
      jschuck@bricker.com
      Counsel for Plaintiff